CHRISTIAN M. MORRIS, ESQ
Nevada Bar No. 11218
VICTORIA R. ALLEN, ESQ.
Nevada Bar No. 15005
CHRISTIAN MORRIS TRIAL ATTORNEYS
2250 Corporate Circle, Suite 390
Henderson, Nevada 89074
Telephone: (702) 434-8282
Facsimile: (702) 434-1488
christian@cmtrialattorneys.com
victoria@cmtrialattorneys.com
*Attorneys for Plaintiff, Rowena Wang*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROWENA CAMESA WANG, an individual<br><br>Plaintiff,<br><br>v.<br><br>LM GENERAL INSURANCE COMPANY; an insurance company; DOES 1 through 10, ROE CORPORATIONS 11 through 20; ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | CASE NO: 2:22-cv-02075-JCM-DJA<br><br>**JOINT STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

The parties to this action, acting through counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) hereby stipulate, to the Dismissal With Prejudice of this action, including all claims and counterclaims stated herein against all parties, with each party to bear its own attorney's fees and costs.

| | |
|---|---|
| Dated this 17th day of July, 2023. | Dated this 17th day of July, 2023. |
| CHRISTIAN MORRIS TRIAL ATTORNEYS | CLYDE & CO US LLP |
| /s/ Victoria R. Allen, Esq. | /s/ Dylan P. Todd, Esq. |
| CHRISTIAN M. MORRIS, ESQ. | AMY M. SAMBERG, ESQ. |
| Nevada Bar No. 11218 | Nevada Bar No. 10212 |
| christian@cmtrialattorneys.com | amy.samberg@clydeco.us |
| VICTORIA R. ALLEN, ESQ. | DYLAN P. TODD, ESQ. |
| Nevada Bar No. 15005 | Nevada Bar No. 10456 |
| victoria@cmtrialattorneys.com | dylan.todd@clydeco.us |
| 2250 Corporate Circle, Suite 390 | 7251 W. Lake Mead Blvd., Suite 430 |
| Henderson, Nevada 89074 | Las Vegas, Nevada 89128 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

**ORDER**

The stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby dismissed with prejudice.

DATED:  July 19, 2023.

_____
US DISTRICT COURT JUDGE